# EXHIBIT "A"

Nathan Brown (No. 033482)
BROWN PATENT LAW
15100 N. 78TH Way Suite 203
Scottsdale, AZ 85260
602-529-3474
Nathan.Brown@BrownPatentLaw.com

Rylan J. Stewart, Esq. (No. 034388)
VENTURE LAW, PLC
2550 W. Union Hills Dr., Suite 350
Phoenix, Arizona 85027

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Morgan Howarth,<br>　　　　Plaintiff,<br><br>vs.<br><br>Ryan Patterson and Patterson Homes, LLC,<br>　　　　Defendant | Case No.: CV-19-0726-PHX-BSB<br><br>DEFENDANTS' RESPONSE TO MANDATORY INITIAL DISCOVERY REQUESTS |

Defendants Patterson Homes LLC and Ryan Patterson (collectively the "Defendants"), by and through undersigned counsel and Pursuant to General Order 17-08 and the Mandatory Initial Discovery Pilot Project, hereby submit the following response to the Mandatory Initial Discovery Requests. These responses replace Defendants' initial disclosures under Fed.R.Civ.P.26(a)(1).

**PRELIMINARY STATEMENT**

This case is in the preliminary phases of discovery and investigation. While these responses are based on the information reasonably available to Defendants, the responses set forth below are necessarily made without full knowledge of the facts, circumstances, and legal theories involved in this case and are made in a good faith effort to comply with

DEFENDANTS' RESPONSE TO MANDATORY INITIAL DISCOVERY REQUESTS - 1

General Order 17-08. Defendants reserve their right to amend these responses in accordance with subsequent developments and further investigation, and further make these responses without prejudice to their right to produce facts, witnesses, documents, and other evidence omitted from these responses by oversight, inadvertence, good faith error, or mistake.

Defendants further note that the information set forth in these responses may include hearsay and other forms of information that are unreliable, irrelevant, or not otherwise admissible in evidence. Defendants, therefore, reserve all objections relating to the admissibility of evidence.

## MANDATORY INITIAL DISCOVERY RESPONSES

**REQUEST NO. 1:**

**State the names and, if known, the addresses and telephone numbers of all persons who you believe are likely to have discoverable information relevant to any party's claims or defenses and provide a fair description of the nature of the information each such person is believed to possess.**

a) Patterson Homes employees and representatives
c/o Nathan Brown, Brown Patent Law and Rylan Stewart, Venture Law PLC

Patterson Homes employees are expected to testify to the relevant facts of this lawsuit including relevant facts of how images are gathered and placed in original blogs.

b) Morgan Howarth
c/o Buck McKinney, Law Office of Buck McKinney, PC

Morgan Howarth is expected to testify regarding the relevant facts and details of his photographs; licensing agreements; revenues derived from copyright trolling; and different trolling strategies employed through third parties.

DEFENDANTS' RESPONSE TO MANDATORY INITIAL DISCOVERY REQUESTS - 2

c) Anthony Wilder Design/Build, Inc.

Anthony Wilder Design/Build, Inc. will testify to the knowledge of facts relevant to this lawsuit regarding the licensing agreement with Morgan Howarth and his role in deriving profits from copyright trolling.

d) AEG Consulting LLC

AEG Consulting is an expert witness who will testify as to the origin of the photograph on Patterson Homes website and the non-existence of CMI in the original image.

e) All foundation witnesses

f) All necessary experts retained by Plaintiff

g) Additionally, all other witnesses revealed in discovery, deposed in this or related actions, or listed by the other parties that Defendants may need to call to establish any element of a defense or refute any accusation by Plaintiff.

**REQUEST NO. 2:**

**State the names and, if known, the addresses and telephone numbers of all persons who you believe have given written or recorded statements relevant to any party's claims or defenses. Unless you assert a privilege or work product protection against disclosure under applicable law, attach a copy of each such statement if it is in your possession, custody, or control. If not in your possession, custody, or control, state the name and, if known, the address and telephone number of each person who you believe has custody of a copy.**

Defendants are not aware of any such persons at this time.

**REQUEST NO. 3:**

**List the documents, electronically stored information ("ESI"), tangible things, land, or other property known by you to exist, whether or not in your possession, custody or control, that you believe may be relevant to any party's claims or defenses. To the extent the volume of any such materials makes listing them individually impracticable, you may group similar documents or ESI into categories and describe the specific categories with particularity. Include in your response the names and, if known, the addresses and telephone numbers of the custodians of the documents, ESI, or tangible things, land, or other property that are not in your possession,**

DEFENDANTS' RESPONSE TO MANDATORY INITIAL DISCOVERY REQUESTS - 3

custody, or control. For documents and tangible things in your possession, custody, or control, you may produce them with your response, or make them available for inspection on the date of the response, instead of listing them. Production of ESI will occur in accordance with paragraph C.2 of General Order 17-08.

| Documents | Possession |
|---|---|
| Demand letters | Both Parties |
| License Agreement for Photograph | Plaintiff and Anthony Wilder Design/Build |
| Thumbnail photograph from Defendants' blog and related meta data | Both Parties |
| Defendants' website data | Defendants |
| Houzz.com terms of service stating that by posting a photograph on Houzz.com they grant a non-exclusive, perpetual, irrevocable, royalty free, fully paid-up worldwide license. | Houzz.com |

**REQUEST NO. 4:**

For each of your claims or defenses, state the facts relevant to it and the legal theories upon which it is based.

Defendant Patterson Homes LLC (Patterson) is a general contractor. Defendant Ryan Patterson is not listed as a member in records maintained by the Arizona Secretary of State as the Arizona Secretary of State does not maintain corporate records in Arizona. However, the Arizona Corporation Commission, which does maintain these records, does not list Ryan Patterson as a member of Patterson Homes LLC.

In September of 2016, an employee yet to be confirmed, posted an informative blog on Patterson's website about home make-over projects. In this blog were several thumbnail photos one of which is subject of this lawsuit. The blog was located on a tertiary page of Patterson's website and was difficult to navigate to.

After receiving Plaintiff's initial extortion letter demanding $7,500.00 and consulting counsel, Patterson immediately removed the blog from their website in an attempt to solve in possible dispute since the blog was hard to find anyways and served no value to Patterson. However, Plaintiff was unsatisfied and continued to use intimidation tactics to try and earn a quick payday from Patterson.

DEFENDANTS' RESPONSE TO MANDATORY INITIAL DISCOVERY REQUESTS - 4

Upon further investigation, Defendants learned, and explained to Plaintiff, that the image can be found in a plethora of locations throughout the internet with no CMI attached. Defendants further learned that the photo in question originated from Houzz.com. A website in which contractors and photographers post photographs of the projects with links to "share" and "embed" the photograph in to their own blogs, articles, or social media pages. Upon clicking embed, Houzz.com provides the necessary code to copy and paste into a website operated by WordPress, such as Patterson's website. The photo in question can be found on Houzz.com posted by Anthony Wilder Build/Design without any CMI.

Patterson's counsel engaged in several correspondence with Plaintiff's counsel explaining its position, yet Plaintiff proceeded to file a lawsuit before preforming any due diligence. In an attempt to avoid litigation, Patterson attempted to settle the dispute with an offer of $500.00 for posting the thumbnail photograph but Plaintiff's counsel discarded this offer later referring to the offer as "not a real settlement offer." Plaintiff is now pursuing a lawsuit for $150,000.00 for one of four thumbnail photographs posted in a blog on a tertiary page of Patterson's website.

**REQUEST NO. 5:**

**Provide a computation of each category of damages claimed by you, and a description of the documents or other evidentiary material on which it is based, including materials bearing on the nature and extent of the injuries suffered. You may produce the documents or other evidentiary materials with your response instead of describing them.**

Defendants will seek sanctions under Rule 12(b) Federal Rules of Civil Procedure for bringing this frivolous action followed by motions intended to harass Defendants and raise the cost of litigation to seek a settlement.

Defendants will also seek all their costs and attorneys' fees associated with defending this frivolous lawsuit under the US Copyright Act, Defendants will submit billing records of counsel in support of this contention.

**REQUEST NO. 6:**

**Specifically identify and describe any insurance or other agreement under which an insurance business or other person or entity may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse a party for**

payments made by the party to satisfy the judgment. You may produce a copy of the agreement with your response instead of describing it.

Patterson Homes LLC maintains general liability insurance through Lebaron Carroll which may be liable for part of the damages.

Dated this 2nd day of April 2018.

VENTURE LAW, PLC

_____
Rylan J. Stewart, Esq. (No. 034833)
*Attorney for Defendants*

DEFENDANTS' RESPONSE TO MANDATORY INITIAL DISCOVERY REQUESTS - 6

## DECLARATION UNDER PENALTY OF PERJURY

I, Ryan C. Patterson, have reviewed Defendants Mandatory Discovery Responses, and hereby declare that the responses are complete and correct as of the execution of this document.

Pursuant to rule 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the facts set forth herein are true and correct.

Dated this 2nd day of April 2019,

Ryan Patterson

DEFENDANTS' RESPONSE TO MANDATORY INITIAL DISCOVERY REQUESTS - 7