R. Buck McKinney
**LAW OFFICE OF BUCK MCKINNEY, PC**
408 W. 11th St., Fifth Floor
Austin, Texas 78701
Texas Bar #: 00784572
Facsimile: (512) 444-1879
*mckinney@buckmckinney.com*
Telephone: (512) 236-0150

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Morgan Howarth,<br><br>       Plaintiff,<br><br>v.<br><br>Ryan Patterson, Patterson Homes, LLC and Patterson Remodeling, LLC<br><br>       Defendants | CV-19-0726-PHX-ESW<br><br>**NOTICE REGARDING COPYRIGHTS AT ISSUE** |

Pursuant to the Court's Minute Order dated October 2, 2019 (Doc. 68), Plaintiff hereby notifies the Court and Clerk of Court that despite Plaintiff's filing of an amended complaint, there have been no changes to the copyright, trademark, or patent information previously submitted for this case.

Dated this 3rd day of October, 2019

**LAW OFFICE OF BUCK McKINNEY, PC**


<u>/s/ R. Buck McKinney</u>
**R. Buck McKinney**
Attorney for Plaintiff

NOTICE REGARDING COPYRIGHTS AT ISSUE - 1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 3, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties who have appeared in this action.

                                                  /s/ R. Buck McKinney