IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Morgan Howarth,<br><br>        Plaintiff,<br><br>v.<br><br>Ryan Patterson, et al.,<br><br>        Defendants. | **NO. CV-19-00726-PHX-ESW**<br><br>**CLERK'S ENTRY OF DEFAULT** |

      Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant **Patterson Remodeling LLC**.

DEFAULT ENTERED this 22nd day of November, 2019.

                                              Brian D. Karth
                                              District Court Executive/Clerk of Court

November 22, 2019

                                              s/ R. Vasquez
                                 By   Deputy Clerk