# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Morgan Howarth, | No. CV-19-00726-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| Ryan Patterson, et al., | |
| Defendants. | |

The Court has considered Joint Motion to Modify Scheduling Order (First Request) (Doc. 95) and Plaintiff's Advisory to the Court Regarding Modification of the Scheduling Order (Doc. 94).

IT IS ORDERED granting the Joint Motion to Modify Scheduling Order (Doc. 95).

IT IS FURTHER ORDERED extending the Court's deadlines set forth in its Order issued April 23, 2019 (Doc. 37) as follows:

| | |
|---|---|
| Mandatory Initial Discovery Pilot Project responses | March 20, 2020 |
| Final supplementations to MIDP | August 10, 2020 |
| All discovery | November 10, 2020 |
| Plaintiff's expert disclosures | May 23, 2020 |
| Defendant's expert disclosures | June 23, 2020 |
| Rebuttal expert disclosures | August 23, 2020 |
| Expert depositions | September 15, 2020 |

1     Dispositive motions                              November 18, 2020

2     Settlement discussions                         June 30, 2020

3     Dated this 30th day of January, 2020.

/s/ ESWillett

Honorable Eileen S. Willett
United States Magistrate Judge

- 2 -