WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Morgan Howarth,<br><br>        Plaintiff,<br><br>v.<br><br>Ryan Patterson, et al.,<br><br>        Defendants. | No. CV-19-00726-PHX-ESW<br><br>**ORDER** |

The Court has reviewed Plaintiff's "Motion for Telephonic Status Conference" (Doc. 118) that explains that there is an outstanding discovery dispute and there is an impasse in preparing a Joint Motion for Discovery Dispute Resolution. Plaintiff states that "that if the Court were to set a date for submission of a Joint Motion for Discovery Dispute Resolution, it may help to resolve the current impasse." (*Id.* at 2).

**IT IS ORDERED** granting in part and denying in part Plaintiff's Motion (Doc. 118) as follows: Plaintiff's request for a telephonic status conference is denied. The parties shall file a Joint Motion for Discovery Dispute Resolution addressing any outstanding discovery disputes no later than **June 26, 2020**.

Dated this 11th day of June, 2020.

Honorable Eileen S. Willett
United States Magistrate Judge